UNITED STATES DISTRICT COURT
Middle District of North Carolina

RICKY D. HOPKINS,            )
        Plaintiff,            )
                              )
v.                            )    #1:04CV368
                              )
JO ANNE B. BARNHART,          )
Commissioner of Social Security, )
        Defendant.            )



O-R-D-E-R

On April 22, 2005, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and served on the parties in this action and a copy was given to the court.

Within the time limitation set forth in the statute, counsel for Plaintiff objected to the Recommendation.

The court has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the Plaintiff's motion for summary judgment [Pleading no. 13] be **DENIED**, that the Commissioner's motion for judgment on the pleadings [Pleading no. 15] be **GRANTED**, that the

Commissioner's decision is **AFFIRMED**, and that this action be dismissed with prejudice. A Judgment dismissing this action will be entered contemporaneously with this Order.

_____
UNITED STATES DISTRICT JUDGE

DATE: June 10, 2005